Chad **BROWN**, Employee/Respondent,

v.

**CITY OF COTTLEVILLE,**
Employer/Appellant.

and

**Division of Employment Security,**
Respondent.

No. ED 100654.

Missouri Court of Appeals,
Eastern District.

June 24, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 2014.

Application for Transfer Denied Sept. 30, 2014.

David Hamilton, St. Charles, MO, for Appellant.

Chad Brown, Cottleville, MO, pro se.

Bart Matanic, Jefferson City, for Division of Employment Security.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Employer City of Cottleville, Missouri, ("Cottleville") appeals the order of the Labor and Industrial Relations Commission ("Commission") determining that employee

Chad Brown is eligible for unemployment benefits. The Commission rejected Cottleville's claim that Brown was terminated for misconduct connected to work. We affirm the Commission's order.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).